# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142147 & (34)(35)(36)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH CHARLES LESTER,
      Defendant-Appellant.

SC: 142147
COA: 298717
Wexford CC: 86-003591-FH

_____/

      On order of the Court, the application for leave to appeal the September 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand and to expand the record are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

0321

Clerk